**CAUSE NO. D-1-GN-25-000881**

| | | |
|---|---|---|
| **ERIC SCHACHAR,** | § | **IN THE DISTRICT COURT** |
| *Petitioner*, | § | |
| | § | |
| **v.** | § | |
| | § | |
| **STEPHANIE MUTH, in her official** | § | **250TH JUDICIAL DISTRICT** |
| **capacity as Commissioner of the Texas** | § | |
| **Department of Family and Protective** | § | |
| **Services,** | § | |
| *Respondent*. | § | **TRAVIS COUNTY, TEXAS** |

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/4/2025 4:04:21 PM
CHRISTOPHER A. PRINE
Clerk

## FINAL JUDGMENT

This administrative appeal is dismissed for lack of jurisdiction. Under applicable regulations, a SOAH hearing is available only when the agency is preparing to release adverse information. 40 Tex. Admin. Code §§ 707.577, 707.579. State law does not authorize SOAH review or judicial review in the current procedural posture of this matter.

This is a final judgment that disposes of all claims in this case. The District Clerk is instructed to close this case.

Signed November 26, 2025.

_____
JUDGE PRESIDING